**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| CARRIE McNEAL, | : | |
| Plaintiff, | : | Case No. 3:07CV112 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| MICHAEL ASTRUE,<br>Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

**DECISION AND ENTRY**

This case is before the Court upon the parties' Joint Motion For Award Of Attorney Fees Under The Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412.  (Doc. #13).  The parties have stipulated to an award of attorney fees to Plaintiff Carrie McNeal in the amount of $2,629.77.  *Id*. The parties jointly represent that an award to Plaintiff of EAJA fees in the agreed amount will fully satisfy any and all Plaintiff's claims for fees, costs, and expenses that may be payable in this case.

Accordingly, the Court hereby **ORDERS** that:

1. The parties' Joint Motion For Award Of Attorney Fees (Doc. #13) is GRANTED;

2. The Commissioner shall pay Plaintiff Carrie McNeal's EAJA fees in the total amount of $2,629.77; and

3. The case remains terminated on the docket of this Court.

January 28, 2008                                             **s/THOMAS M. ROSE**

                                                                            Thomas M. Rose
                                                                            United States District Judge